IN THE UNITED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO:   14-33608-H5-13 |
| | § | |
| Ronald Hernandez and | § | |
| Maria Delrosario Hernandez | § | |
| | § | |
| Debtor(s) | § | CHAPTER 13 |

### DEBTOR(S)' AMENDED MOTION TO MODIFY CONFIRMED PLAN

The Debtor(s) file this Motion to Modify their confirmed plan.

**Notice of Time to Object and Notice of Hearing.**

*IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN THIRTY (30) DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.*

*IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER.  IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN THIRTY (30) DAYS, YOU MUST RESPOND WITHIN THAT TIME.  IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHT.  IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.*

*IF AN OBJECTION OR RESPONSE IN OPPOSITION TO THIS PROPOSED MODIFICATION IS FILED, THEN A HEARING ON THIS PROPOSED MODIFICATION IS SET.  IF AN OBJECTION IS NOT FILED WITHIN TWENTY ONE (21) DAYS FROM THE SERVICE OF THIS MOTION, THE COURT MAY CONSIDER THIS MOTION WITHOUT THE NECESSITY OF A HEARING.*

1.      **HISTORY OF CASE.**   This case was filed on *June 30, 2014*.   The plan was confirmed on *January 20, 2015*.   The plan has previously been modified by order(s) entered on the following date: N/A.

**2.     REASON FOR MODIFICATION.**

A. Debtors are modifying their confirmed Chapter 13 Plan to cure arrears owed to the Chapter 13 Trustee. Debtor fell behind to trustee due to job loss, now has new employment and is able to make the payments to the trustee.

B. Modifying plan to provide for four post-petition mortgage payments in the amount of $2,475.28 for the months of 8/2015, 9/2015, 10/2015 and 11/2015. Ongoing payments will resume December 1, 2015.

C. Modifying plan to take out Harris County property taxes from the plan, because they have already been paid through debtors Mortgage Company's escrow account.

D. Modifying to surrender the 1999 Ford Escort SE back to Loan Depot.

**3.     PLAN PAYMENTS UNDER CONFIRMED PLAN.** The current plan (as modified through this date) requires payments as follows:

    **A. Months: 1-7**    **Payment: $1,440.00**
    **B. Months: 8-60**    **Payment: $1,675.00**

**4.     PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the Chapter 13 Trustee totaling $17,295.40. Attached as Exhibit "A" is a schedule of all amounts received by the Chapter 13 Trustee.

**5.     FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** The proposed modified plan requires future payments as follows:

    **A. Months: 18-60**    **Payment: $1,910.00**

**6.     CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the Chapter 13 Trustee as follows:

    Dollar amount in default: $1,028.46
    Number of months in default: 0.54
    Last payment made: December 22, 2015
    Amount of last payment: $881.54

**7.     PROPOSED PLAN MODIFICATIONS:**

    A.  All payments set forth in paragraph 6 are cured by this modification.

**8.     INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the court.

**9.     BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "B".

**10.   ATTORNEYS' FEES (Check One):**

☒ Debtor(s)' counsel shall be paid $450.00 as a fixed fee for this modification.   This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

☐ If Debtor(s)' counsel seeks compensation; a separate application will be filed.   If no application is filed, no compensation will be paid.

Dated:


/s/Ronald Hernandez                                                                                         01/06/2016
Signature of Debtor                                                                                              Date


/s/Maria Delrosario Hernandez                                                                       01/06/2016
Signature of Debtor                                                                                              Date


/s/ Kenneth A. Keeling                                                                                      01/06/2016
                                                                                                                              Date

**Kenneth A. Keeling**
**Keeling Law Firm**
**3310 Katy Freeway, Suite 200.**
**Houston, Texas 77007**
**legal@keelinglaw.com**
**713-686-2222 (Tel)**
**713-579-3058 (Fax)**

**Attorney for Debtor(s)**

IN THE UNITED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 14-33608-H5-13 |
| **Ronald Hernandez** | § | |
| **Maria Delrosario Hernandez** | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Motion to Modify has been served either electronically or by United States First Class Mail on this 8th day of January, 2016 as follows:

UNITED STATES TRUSTEE
United States Trustee
515 Rusk, Ste. 3516
Houston, TX   77002

CHAPTER 13 TRUSTEE
William E Heitkamp
9821 Katy Freeway Suite 590
Houston, TX 77024

DEBTOR(S)
Ronald Hernandez and Maria Delrosario Hernandez
8302 Glenview Drive
Houston, TX 77017

CREDITOR(S)

| | | |
|---|---|---|
| IRS- Insolvency Section<br>Stop 5022 Hou<br>1919 Smith Street<br>Houston, Texas   77002 | IRS- Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | United States   Bankruptcy Court<br>PO BOX 61288<br>Houston, Texas   77208 |
| Acs Primary Care Phys<br>PO Box 5406<br>Cincinnati, OH 45273 | Ad Astra Rec<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205 | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr<br>Bloomington, IL 61701 |
| Akron Billing Center<br>2620 Ridgewood Rd, Ste 300<br>Akron, OH 44313 | Ars Account Resolution<br>1801 Nw 66th Ave<br>Fort Lauderdal, FL 33313 | AT & T<br>P.O. Box 930170<br>Dallas, TX 75393-0170 |

| | | |
|---|---|---|
| AT & T Wireless<br>P O Box 7951<br>Westbury, NY 11590-7951 | Aurora Loan Services<br>Attn: Bankruptcy Dept.<br>2617 College Park<br>Scottsbluff, NE 69361 | Autonation Ford Gulf Freeway<br>12227 Gulf Freeway<br>Houston, Texas 77034 |
| Barri Finance<br>1535 Elton Street<br>Houston, TX 77034 | Barrifinance<br>4717 Telephone Road<br>Houston, TX 77087 | Bay Area Credit Service<br>50 Airport Pkwy, Suite 100<br>San Jose, Ca 95110 |
| Bristol West Insurance Services<br>P.O. Box 7142<br>Pasadena, CA 91109 | Caliber Home Loans, In<br>715 S. Metropolitan Ave<br>Oklahoma City, OK 73108 | Cca/cds<br>Po Box 46101<br>Las Vegas, NV 89114 |
| Certified Recovery Sys<br>6161 Savoy Dr Ste 600<br>Houston, TX 77036 | Chase<br>OH1-1188<br>340 S. Cleveland Ave Bldg 370<br>Westerville, OH 43081 | Chex Systems<br>7805 Hudson Rd, Suite 100<br>Woodbury, MN 55125 |
| City of Houston<br>P.O. Box 1560<br>Houston, Texas 77251 | City of Houston Emergency<br>P.O. Box 4945<br>Houston, Texas 77210 | Comcast<br>P O Box 660618<br>Dallas, TX   75266-0618 |
| Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494 | Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716 | CrossCheck, Inc.<br>6119 State Farm Dr.<br>Rohnert Park, CA 94928 |
| Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061 |
| First Cash Advance<br>690 E Lamar Blvd, Suite 400<br>Arlington, TX 76011<br>Attn: Collections Dept | Fstampay-mermaclse Acq<br>100 Throckmorton St Ste<br>Fort Worth, TX 76102 | Green Tree Servicing L<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 |
| Harris County<br>Mike Sullivan - Tax Assessor<br>P. O. Box 4622<br>Houston, Tx   77210-4622 | Harris County Hospital District<br>P.O. Box 203736<br>Houston, TX 77216 | Hou Firfi<br>4200 Kolb St<br>Houston, TX 77007 |
| Infinity County Mutual<br>Insurance Company<br>3700 Colonnade Parkway<br>Birmingham, AL 35243 | Internal Revenue Service<br>Centralized Insolvency<br>Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lamont Hanley & Associ<br>1138 Elm St<br>Manchester, NH 03101 |

| | | |
|---|---|---|
| Linebarger Goggan Blair & Sampson<br>1300 Main Suite 300<br>Houston, TX 77002 | Loan Depot<br>11460 Fuqua Ste 700<br>Houston, TX 77089 | LVNV Funding<br>PO Box 10497<br>Greenville SC 29603 |
| Memorial Herman Hospital<br>P.O. Box 201367<br>Houston, Texas 77216-1367 | Memorial Radiology<br>1415 North Loop West #810<br>Houston, Texas 77008 | Nco Fin/38<br>2360 Campbell Crk Ste 50<br>Richardson, TX 75082 |
| NCO Financial<br>PO Box 15393<br>Wilmington, DE 19850 | Northland Group Inc<br>P.O. Box 390857<br>Edina , MN 55439 | Pinnacle Financial Group<br>7825 Washington Ave South Ste 310<br>Minneapolis, MN. 55439 |
| Pite Duncan<br>4375 Jutland Dr.   Ste. 200<br>San Diego, CA 92177 | Selene Finance Lp<br>9990 Richmond<br>Houston, TX 77042 | Speedy / Rapid Cash<br>8400 E. 32nd Street North<br>Wichita, KS 67226 |
| Sullins Johnston Rohrbach & Magers<br>Attorney At Law<br>3200 Southwest Freeway<br>Houston, Texas 77027 | T-Mobile<br>PO Box 660252<br>Dallas, TX 75266 | TCI<br>Total Card,   Inc<br>5109 S Broadband Lane<br>Sioux Falls, SD 57108-2241 |
| Team Fin Fcu<br>10959 Ella Blvd<br>Houston, TX 77067 | Texans Anesthesia Associates<br>P.O. Box 421969<br>Houston, TX 77242-1969 | TJD Financial Services<br>1803 S. Texas Ave.<br>Bryan, TX 77802 |
| TXU Energy<br>P.O. Box 650700<br>Dallas, TX 75265 | Urology Institute Of Houston<br>7737 Southwest Fwy Ste 900<br>Houston, Texas 77074-1807 | Westlake Financial Svc<br>4751 Wilshire Blvd Suite 100<br>Los Angeles, CA 90010 |

Respectfully submitted,
**KEELING LAW FIRM**

/s/ Kenneth A. Keeling

**ATTORNEY FOR DEBTOR(S)**